**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| SHACQEAL SANDERS,<br><br>Petitioner,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>Respondent. | CIVIL ACTION NO.: 4:26-cv-145 |

# ORDER

Before the Court is the Magistrate Judge's July 16, 2026, Report and Recommendation, (doc. 5), to which no objections have been filed. After a careful *de novo* review, the Court agrees with the Magistrate Judge's recommendations. The Report and Recommendation is, therefore, **ADOPTED**. (Doc. 5.) Sanders's Petition is **DISMISSED**. (Doc. 1.) Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, No. 4:03-cr-01, 2009 WL 307872, at * 1–2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see also Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal). And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Thus, *in forma pauperis* status on appeal is likewise **DENIED**. 28 U.S.C. § 1915(a)(3). The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 21st day of August, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA